**No. 58283.**— Acrow, Incorporated, and Allen Forwarding Co. v. United States, protest 190307–K (Philadelphia).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of building shores the same in all material respects as those involved in Abstract 57727, the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, JULY 22, 1954

**No. 58284.**— C. J. Tower & Sons v. United States, protests 197852–K and 218934–K (Buffalo).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of alfalfa meal similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (31 Cust. Ct. 108, C. D. 1553), the claim of the plaintiff was sustained.

**No. 58285.**— D. C. Andrews & Company, Inc. v. United States, protest 222350-K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the issues are similar to those involved in Abstract 57104, the claim of the plaintiff was sustained.